IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LACERDA,<br><br>    Petitioner,<br><br>  vs.<br><br>D K. SISTO, Warden,<br><br>    Respondent. | No. C 08-05711 JW (PR)<br><br>ORDER REINSTATING FIRST CLAIM; DIRECTING RESPONDENT TO SHOW CAUSE<br><br><br><br>(Docket No. 6) |

Petitioner, a state prisoner incarcerated at the California State Prison - Solano in Vacaville, California, filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging his state conviction. The Court dismissed Petitioner's first claim that his "rights to notice of the charges, a jury trial and application of the proof beyond a reasonable doubt standard pursuant to the Fifth, Sixth and Fourteenth Amendments" were violated, (Pet. 15), finding that petitioner's guilty plea waived these claims. See Haring v. Prosise, 462 U.S. 306, 319-20 (1983) (guilty plea forecloses consideration of pre- plea constitutional deprivations). The Court ordered respondent to show cause why the writ should not be granted with respect to petitioner's second claim involving the imposition of a restitution fine.

Petitioner filed a notice of appeal and request for a certificate of appealability

with respect to the Court's dismissal of his first claim. Petitioner states in the notice of appeal that he is challenging the factors in aggravation used by the trial court as "arbitrary aggravating factors" that violates Butler v. Curry, 528 F.3d 624 (9th Cir. 2008). (Docket No. 7 at 2.)

An appeal at this stage in the proceedings is premature because the Court has yet to consider the merits of petitioner's second claim and no judgment has been entered in this matter. Accordingly, the Court denies the request for a certificate of appealability as premature, and will construe the notice of appeal as motion for reconsideration. The Court finds that petitioner's first claim is cognizable under Apprendi v. New Jersey, 530 U.S. 466, 488-90 (2000), which requires any fact that increases the penalty for a crime beyond the prescribed statutory maximum be submitted to a jury, and proved beyond a reasonable doubt.

The Court's dismissal of this first claim is VACATED, and the claim is REINSTATED. Respondent shall file a supplemental answer addressing the merits of petitioner's Apprendi claim.

## CONCLUSION

For the foregoing reasons and for good cause shown,

1. Respondent shall file with the court and serve on petitioner, within **sixty (60) days** of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer and serve on petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the claim reinstated by this order.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent within **thirty (30) days** of his receipt of the answer.

2. Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If respondent files such a motion, petitioner shall file with the court and serve on respondent an opposition or statement of non-opposition within **thirty (30) days** of receipt of the motion, and respondent shall file with the court and serve on petitioner a reply within **fifteen (15) days** of receipt of any opposition.

3. Petitioner is reminded that all communications with the court must be served on respondent by mailing a true copy of the document to respondent's counsel. Petitioner must also keep the court and all parties informed of any change of address.

DATED:  October 19, 2009

JAMES WARE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LACERDA,<br><br>        Petitioner,<br><br>v.<br><br>D.K. SISTO, Warden,<br><br>        Respondent.             / | Case Number: CV08-05711 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  10/26/2009 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Lacerda F-18673
California State Prison - Solano
2100 Peabody Road
P.O. Box 4000
Vacaville, Ca 95696-4000

Dated:  10/26/2009

                              Richard W. Wieking, Clerk
                           /s/ By: Elizabeth Garcia, Deputy Clerk